[No. 54867-1-I.   Division One.   June 27, 2005.]

TRINA L. HARIG, *Respondent*, v. BURNS INTERNATIONAL SECURITY SERVICES ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-38157-8, William L. Downing, J., entered August 5, 2004. *Remanded* by unpublished opinion per Baker, J., concurred in by Cox, C.J., and Becker, J.


[No. 54907-3-I.   Division One.   June 27, 2005.]

LINDA NACHIEM, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 03-2-19744-1, Jeffrey M. Ramsdell, J., entered June 1, 2, August 11, and October 18, 2004. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox, C.J., and Baker, J.


[No. 55129-9-I.   Division One.   June 27, 2005.]

LESLIE G. COYLE, *Appellant*, v. LAEL A. STROH-COYLE, AS PERSONAL REPRESENTATIVE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-12573-3, Mary Roberts, J., entered October 9, 2004. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Cox, C.J., and Coleman, J.


[No. 55359-3-I.   Division One.   June 27, 2005.]

SCORE, L.L.C., *Appellant*, v. THE CITY OF SHORELINE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-30555-5, Nicole MacInnes, J., entered March 29, 2004. *Affirmed* by unpublished opinion per Baker, J., concurred in by Ellington, A.C.J., and Becker, J.